AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

FILED
IN CLERK'S OFFICE

2025 FEB 28 PM 2: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

DAVIT YEGHOYAN
_Petitioner_

v.

Case No. _____
_(Supplied by Clerk of Court)_

FRED BOWERS
_Respondent_
_(name of warden or authorized person having custody of petitioner)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a) Your full name: Davit Aram Yeghoyan
    (b) Other names you have used: N/A
2.  Place of confinement:
    (a) Name of institution: Federal Medical Center Devens
    (b) Address: P.O. Box 879
                 Ayer, MA  01432
    (c) Your identification number: 21120-509
3.  Are you currently being held on orders by:
    ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you: United States District Court
            500 Pearl Street, New York, NY  10007-1312
        (b) Docket number of criminal case: 20-cr-652
        (c) Date of sentencing: August 22, 2022
    ☐ Being held on an immigration charge
    ☐ Other _(explain)_: N/A

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other *(explain)*: Execution of the First Step Act

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: United States Federal Bureau of Prisons FMC Devens, P.O. Box 879, Ayer, MA  01432
   (b) Docket number, case number, or opinion number: 1201911-F1
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: I am elegible for time credits under the First Step Act that would result in my immediate release from custody if applied.

   (d) Date of the decision or action: June 10, 2024

   **Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes          ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: FMC Devens Warden - BOP

       (2) Date of filing: June 13, 2024
       (3) Docket number, case number, or opinion number: 1201911-R1
       (4) Result: Appeal denied
       (5) Date of result: August 16, 2024
       (6) Issues raised: I have earned First Step Act time credits under 18 U.S.C. §§ 3632(d); 3624(g) that are not being applied based on a withheld final order of deportation for which I am not subject to because it was ruled withheld by an immigration judge

   (b) If you answered "No," explain why you did not appeal: N/A

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: <u>General Counsel's Office - BOP Washington, DC 20534</u>
    (2) Date of filing: <u>September 5, 2024</u>
    (3) Docket number, case number, or opinion number: <u>1201911-A1</u>
    (4) Result: <u>Appeal denied</u>
    (5) Date of result: <u>September 16, 2024</u>
    (6) Issues raised: <u>I have earned time credits under 18 U.S.C. §§ 3632(d); 3624(g) that are not being applied because I have a withheld final order of deportation for which I am not subject to under 18 U.S.C. § 3632(d)(4)(E) and because my final order of deportation was ruled withheld by an immigration judge, my time credits should be applied that would effect my release</u>

(b) If you answered "No," explain why you did not file a second appeal: <u>N/A</u>

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes      ☒ No
(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: <u>N/A</u>
    (2) Date of filing: <u>N/A</u>
    (3) Docket number, case number, or opinion number: <u>N/A</u>
    (4) Result: <u>N/A</u>
    (5) Date of result: <u>N/A</u>
    (6) Issues raised: <u>N/A</u>

(b) If you answered "No," explain why you did not file a third appeal: <u>All administrative remedies have been exhausted and filing in court is the next step</u>

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes      ☒ No
If "Yes," answer the following:
(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes      ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: N/A
(b) Date of the removal or reinstatement order: N/A
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☒ No

If "Yes," provide:
(1) Date of filing: N/A
(2) Case number: N/A
(3) Result: N/A
(4) Date of result: N/A
(5) Issues raised: N/A

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☒ No
If "Yes," provide:
(1) Name of court: N/A
(2) Date of filing: N/A
(3) Case number: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: N/A
(b) Name of the authority, agency, or court: N/A
(c) Date of filing: N/A
(d) Docket number, case number, or opinion number: N/A
(e) Result: N/A
(f) Date of result: N/A
(g) Issues raised: N/A

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Petitioner's earned time credits under 18 U.S.C. §§ 3632(d)(4) and 3624(g)(3) exceed his projected release date and prison officials are unlawfully withholding his time credits from being applied relying on only DHS's so-called order of deportation that does not qualify as a final order of deportation.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I do not have an active final order of deportation to which I am subject under 18 U.S.C. § 3632(d)(4)(E)(i), see Attachment 1, and will likely be released to the United States upon my release from custody. Were my earned time credits applied, I would be released immediately. I have exhausted my administrative remedies, see Attachment 2, and this Court should order an immediate evidentiary hearing.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND TWO:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

### Request for Relief

15. State exactly what you want the court to do: <u>Order prison officials to apply my earned federal time credits to my sentence and release me from federal custody immediately</u>

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
February 25, 2025

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: February 25, 2025

*Signature of Petitioner*

N/A
*Signature of Attorney or other authorized person, if any*